UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ZAKARIYAH ABDULLAH            ]
                              ]
    Petitioner,               ]
                              ]
v.                            ]     No. 3-08-0608
                              ]     JUDGE HAYNES
                              ]
STATE OF TENNESSEE            ]
RUTHERFORD COUNTY, et al.     ]
                              ]
    Respondent.               ]

O R D E R

In accordance with the Memorandum filed herewith, Petitioner's motion for immediate relief (Docket Entry No. 12) is **DENIED**; Respondent's third renewed motion to dismiss (Docket Entry No. 27) is **GRANTED**; and Respondent's motion to dismiss (Docket Entry No. 13), renewed motion to dismiss (Docket Entry No. 16) and motion to dismiss for failure to exhaust administrative remedies (Docket Entry No. 21) are **DENIED as moot**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge